# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Melvin Fernandez and Martina Fernandez

V.

Plaza Home Mortgage, Inc; Onewest Bank Mortgage Services; Old Republic Title Company; and Does 1 through 10

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 10CV0551-BTM(MDD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court gave Plaintiffs until January 23, 3012, to file a response to the Order to Show Cause. Plaintiffs have not filed any response. Therefore, the Court Dismisses the case without prejudice.

| February 1, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON February 1, 2012

10CV0551-BTM(MDD)